No. 00–1651. NORTHERN LIGHTS CLUB ET AL. v. NORTHERN LIGHT TECHNOLOGY, INC. C. A. 1st Cir. Motion of petitioners

for leave to include CD-ROM submission in appendix to the petition denied. Certiorari denied.